IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JOHN ALEXANDER SNYDER, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 12-220 Erie |
| v. | ) | District Judge Nora Barry Fischer |
| | ) | Magistrate Judge Susan Paradise Baxter |
| DISTRICT ATTORNEY OF WARREN COUNTY, *et al.*, | ) | |
| Respondents. | ) | |

## **O R D E R**

AND NOW, this 16th day of October, 2013, after the Petitioner, John Alexander Snyder, filed an action in the above-captioned case, and after a Report and Recommendation was filed by United States Magistrate Judge Susan Paradise Baxter on September 24, 2013 granting the parties until October 11, 2013 in which to file written objections to the Report and Recommendation, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 19), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the within Petition for Writ of Habeas Corpus (Docket No. 1) is DENIED.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 17 South Park Row, Room A-150, Erie, Pennsylvania 16501, within thirty (30) days.

*/s/ Nora Barry Fischer*

Nora Barry Fischer
United States District Judge

cc: Honorable Susan Paradise Baxter
United States Magistrate Judge

John Alexander Snyder
JN3326
SCI Benner
301 Inst. Drive
Bellefonte, PA 16823
(via First-Class U.S. Postal Mail)

All counsel of record
(via CM-ECF)